THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 16 C 4392 |
| | ) | |
| v. | ) | Judge Wood |
| | ) | Magistrate Judge Gilbert |
| BIOSENSE MEDICAL DEVICES, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Able Home Health, LLC and Defendant BioSense Medical Devices, LLC have resolved this matter on an individual basis. The parties are currently finalizing the settlement documents and anticipate filing a stipulation of dismissal within the next 30 days.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

1

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on June 16, 2016, I caused a true and accurate copy of the foregoing document to be to be served, via email, upon the following parties:

William Dolan (wdolan@JonesDAy.com)
Jones Day
77 W. Wacker Drive
Chicago, IL 60601

                                    s/ Heather Kolbus
                                    Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)