# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Able Home Health, LLC

                       Plaintiff,

v.                                                   Case No.: 1:16−cv−04392

                                                                        Honorable Andrea R. Wood

BioSense Medical Devices, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 20, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: The Plaintiff has filed a notice of settlement [17] notifying the Court that Plaintiff has settled its claims against Defendant Defendant BioSense Medical Devices, LLC. Plaintiff's motion to certify class [7] and the status hearing set for 6/23/2016 is stricken and reset for 7/20/2016 at 9:00 AM. If the parties file a stipulation to dismiss all parties prior to the next status hearing, the status date will be stricken and the parties will not need to appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.