UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Able Home Health, LLC

                                              Plaintiff,

v.                                                                          Case No.: 1:16−cv−04392
                                                                           Honorable Andrea R. Wood

BioSense Medical Devices, LLC, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 6, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff having filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [19], the individual claims are dismissed with prejudice and without costs against Defendant BioSenseMedical Devices, LLC; the class claims are dismissed without prejudice and without costs as to Defendant BioSense Medical Devices, LLC; all claims against Defendants John Does 1−10 are dismissed without prejudice and without costs. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.